## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Marc Hefferan,<br><br>        Plaintiff,<br><br>– against–<br><br><br>TD Bank USA, N.A., and Meyer & Njus, P.A.,<br><br>        Defendant(s). | C.A. No. 1:17-cv-00447-VAC-SRF |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses this action in its entirety and as to all defendants with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian, Esq. (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885 (Tel)